# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA,

# WESTERN DIVISION

| | |
|---|---|
| MAN MACHINE INTERFACE TECHNOLOGIES, LLC, a California corporation, | Case No.: CV 10-08629-JFW (AJWx) |
| | [Honorable Andrew J. Wistrich] |
| Plaintiff, | **STIPULATED ORDER COMPELLING PRODUCTION OF LICENSE INFORMATION** |
| vs. | |
| FUNAI CORPORATION, INC., a New Jersey corporation; DELL INC., a Delaware corporation; and KYOCERA COMMUNICATIONS, INC., | **DISCOVERY MATTER** |
| Defendants. | First Amd. Compl. Filed: January 21, 2011<br>Complaint Filed: November 12, 2010 |
| AND RELATED COUNTERCLAIMS | Discovery Cut-Off: December 20, 2011 |

///
///
///
///
///
///

-1-
**[*PROPOSED*] ORDER GRANTING STIPULATION COMPELLING PRODUCTION OF LICENSE INFORMATION**

1   IT IS HEREBY ORDERED by Thursday, October 6, 2011, MMIT shall
2 produce, pursuant to the parties' stipulated Protective Order, documents and
3 information identified below unless, before that date, any of the Interested Third
4 Parties file a motion with this Court for reconsideration or modification of this
5 Stipulated Order.  The documents and information to be produced, subject to
6 attorney-client privilege and work product exceptions shall include:
7    1.    Settlement and licensing agreements related to the '614
8          patent, including the names of the parties.
9    2.    Any information MMIT has regarding its licensees' sales
10         in units and dollars.
11   If any of the Interested Third Parties files a motion with this Court for
12 reconsideration of this Order, MMIT shall forebear from production of the
13 documents until such time as the Court may rule on such motion.  This Order is
14 without prejudice to Funai's ability to seek additional discovery or MMIT's ability to
15 object to such discovery efforts by Funai.

16
17 DATED: _____9/25/11___  _____
18                              Honorable Andrew J. Wistrich
                                 United States Magistrate Judge
19
20
21
22 Approved as to form and substance:
23 Submitted By:
24
25
26
27
28

-2-
**[*PROPOSED*] ORDER GRANTING STIPULATION COMPELLING PRODUCTION OF LICENSE INFORMATION**

|   |   |
|---|---|
| 1 | Jeffrey K. Sherwood (*pro hac vice*) |
|   | sherwoodj@dicksteinshapiro.com |
| 2 | Michael A. Tomasulo (SBN 179389) |
|   | tomasulom@dicksteinshapiro.com |
| 3 | Paul G. Novak (SBN 261388) |
|   | novakp@dicksteinshapiro.com |
| 4 | **DICKSTEIN SHAPIRO LLP** |
|   | 2049 Century Park East, Suite 700 |
| 5 | Los Angeles, California  90067-3109 |
|   | Telephone:  (310) 772-8300 |
| 6 | Facsimile:   (310) 772-8301 |
| 7 | Attorneys for Defendant, Counterclaimant |
|   | FUNAI CORPORATION, INC.,  a New Jersey corporation |
| 8 |   |
| 9 |   |
| 10 | Robert A. Schroeder (SBN 73913) |
|   | robert.schroeder@usip.com |
| 11 | Elizabeth L. Swanson (SBN 150894) |
|   | elizabeth.swanson@usip.com |
| 12 | **SHELDON MAK & ANDERSON PC** |
|   | 100 Corson Street, Third Floor |
| 13 | Pasadena, CA 91103-3842 |
|   | Telephone:  (626) 796-4000 |
| 14 | Facsimile:   (626) 795-6321 |
| 15 | Attorneys for Plaintiff, Counter-Defendant |
|   | MAN MACHINE INTERFACE TECHNOLOGIES, LLC |
|   | a California corporation |

-3-

**[*PROPOSED*] ORDER GRANTING STIPULATION COMPELLING PRODUCTION OF LICENSE INFORMATION**